■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD GENTILE, Appellant. [827 NYS2d 899]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Livingston County Court, Ronald A. Cicoria, J.—Driving While Intoxicated). Present—Scudder, P.J., Hurlbutt, Smith, Lunn and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD TREAT, Appellant. [827 NYS2d 899]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Steuben County Court, Joseph W. Latham, J.—Possessing an Obscene Sexual Performance By a Child). Present—Scudder, P.J., Hurlbutt, Smith, Lunn and Green, JJ.